# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID ADAM AND BENNY HOLLAND, JR., AS CO-CHAIRMAN OF THE BOARD OF TRUSTEES OF THE MANAGEMENT-ILA MANAGED HEALTH CARE TRUST FUND, *Plaintiffs*, | § § § § § § § | |
| vs. | § § § | CIVIL ACTION H-15-2235 |
| RODRICK BATISTE AND TRACEY HARRELL, *Defendants*. | § § § § | |

## ORDER OF ADOPTION

On April 13, 2017, Magistrate Judge Stephen Wm. Smith recommended granting the defendants' motion for default judgment against defendant Tracey Harrell (Dkt. 23). Noone filed objections. After due consideration of the record and the law, the Court adopts the memorandum and recommendation at its order. The court will enter a partial default judgment against Tracey Harrell in the amount of $640,747.47.

Plaintiffs' claims against Rodrick Batiste remain pending before United States Magistrate Judge Stephen Wm. Smith.

Signed at Houston, Texas this 26 day of May, 2017.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE